

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00599-CR

Juan G. **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4740
Honorable Laura Parker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 5, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice